# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2019

Bridget M. McCormack,
Chief Justice

158706

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 158706
                                   COA: 343720
                                   Oakland CC: 2007-215475-FC

ISAAC JAMES RODGERS,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 19, 2018 order of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of whether: (1) this Court's decision in *People v Comer*, 500 Mich 278 (2017), constituted a retroactive change in the law such that an exception to the ban on successive motions for relief from judgment applies, MCR 6.502(G)(2); (2) the Oakland Circuit Court lacked jurisdiction, under *Comer*, to amend the January 14, 2008 judgment of sentence on its own initiative, after entry, to add lifetime electronic monitoring; and (3) if *Comer* does not constitute a retroactive change in the law, but the trial court lacked jurisdiction to amend the judgment of sentence, the defendant is entitled to relief on his successive motion for relief from judgment or relief is barred by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2019



Clerk

p0911